**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                        Civil Action No.  1:14-cv-00936-LMB-IDD

JOHN DOE, subscriber assigned IP address
108.51.104.90,

    Defendant,

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address .  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  October 31, 2014

                                                      Respectfully submitted,

                                                      By:    /s/ *William E. Tabot*
                                                      William E. Tabot PC
                                                      9248 Mosby Street
                                                      Manassas, VA 20110-5038
                                                      Phone: 703-530-7075
                                                      Email: wetabotesq@wetlawfirm.com
                                                      *Attorney for Plaintiff*

2

# CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *William E. Tabot*
William E. Tabot