IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.

                                                  Civil Action No. 1:14-cv-00936-LMB-IDD

JOHN DOE, subscriber assigned IP address
108.51.104.90,

    Defendant,
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address . Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: October 31, 2014

                                                  Respectfully submitted,

                                                  By: /s/ *William E. Tabot*
                                                  William E. Tabot PC
                                                  9248 Mosby Street
                                                  Manassas, VA 20110-5038
                                                  Phone: 703-530-7075
                                                  Email: wetabotesq@wetlawfirm.com
                                                  *Attorney for Plaintiff*

*So Ordered*
/s/ *LMB* 11/3/14

Leonie M. Brinkema
United States District Judge

1