AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.          DATE FILED<br>1:14cv936              7/24/2014 | U.S. District Court- EDVA<br>401 Courthouse Square<br>Alexandria, VA  22314 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC | John Doe<br>subscriber assigned IP address 108.51.104.90 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached. | See attached. | Malibu Media, LLC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order    ☐ Judgment | ☐ Yes    ☐ No | 11/3/14 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Fernando Galindo | *[signature]* | 11/3/14 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Copyrights-In-Suit for IP Address 108.51.104.90

**ISP:** Verizon FiOS
**Location:** Manassas, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 04/07/2014 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 03/03/2014 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 03/03/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 01/31/2014 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 12/31/2013 |
| Creamy | PA0001874617 | 01/02/2014 | 01/05/2014 | 02/05/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 05/02/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 03/07/2014 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 03/07/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 01/31/2014 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 12/31/2013 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/07/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 02/05/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 03/07/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 03/03/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 03/03/2014 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 12/31/2013 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 01/31/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 01/20/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 03/07/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 02/05/2014 |

**EXHIBIT B**

EVA38

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/07/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 01/18/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 02/05/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/02/2014 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 03/03/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 02/05/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 27**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.

Civil Action No. 1:14-cv-00936-LMB-IDD

JOHN DOE, subscriber assigned IP address 108.51.104.90,

    Defendant,

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE**, Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address . Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: October 31, 2014

Respectfully submitted,

By: /s/ William E. Tabot
William E. Tabot PC
9248 Mosby Street
Manassas, VA 20110-5038
Phone: 703-530-7075
Email: wetabotesq@wetlawfirm.com
*Attorney for Plaintiff*

So Ordered

/s/ *[signature]* 11/3/14

Leonie M. Brinkema
United States District Judge

1